No. —, original. Ex parte John P. Goodman; and No. —, original. Ex parte Richard Bundy. May 15, 1939. Motions for leave to file petitions for writs of certiorari denied.

No. —, original. Ex parte Harper Blattenberger. May 15, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. 11, original. Texas v. Florida et al. Decree entered May 15, 1939,

No. 532. Deppe v. General Motors Corp. May 15, 1939. The petition filed May 6, 1939, is stricken from the files as scandalous.

No. 902. Carolene Products Co. v. Wallace, Secretary of Agriculture, et al. Decided May 22, 1939. Per Curiam: The motion of the appellees to affirm is granted and the order denying a temporary injunction is affirmed. Alabama v. United States, 279 U. S. 229, 231; United Gas Co. v. Public Service Commn, 278 U. S. 322, 326–327; National Fire Ins. Co. v. Thompson, 281 U. S. 331, 338. Messrs. Frank K. Nebeker and George N. Murdock for appellant. Solicitor General Jackson for appellees.